# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana



In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

The property known as: 2021 East Beauregard Street, Chalmette, LA 70043, including a detached garage/shed behind the main house on the property

Case No. 20-mc-1572

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the __Eastern__ District of __Louisiana__, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 641 | Theft of Government Funds |

The application is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

/s/ Stephen A. Marchese, Jr.
*Applicant's signature*

Special Agent Stephen A. Marchese, Jr., SSA/OIG
*Printed name and title*

Sworn to before me and signed in my presence.

Date: June 3, 2020

*Judge's signature*

City and state: New Orleans, Louisiana

Honorable Karen Wells Roby, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF THE APPLICATION FOR A SEARCH WARRANT FOR: | * * | MISC. NO.  20-mc-1572 |
| 2021 EAST BEAUREGARD STREET CHALMETTE, LA 70043, INCLUDING A DETACHED GARAGE/SHED BEHIND THE MAIN HOUSE ON THE PROPERTY | * * * | **FILED UNDER SEAL** |

\* \* \*

### AFFIDAVIT IN SUPPORT OF
### AN APPLICATION FOR A SEARCH WARRANT

I, Stephen A. Marchese, Jr., being first duly sworn, depose and state the following:

### INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of an application for a search warrant for a residence located at **2021 East Beauregard Street, Chalmette, LA, 70043**. Investigative efforts, including physical surveillance, have identified the location as a light sided two story, slightly raised home with a shingle roof, affixed with black numbers 2120 to the left of the front entrance door and a light colored detached garage/shed behind the main house on the property, as more fully described in **Attachment A** to this affidavit, which is attached hereto, and fully incorporated herein by reference.

2. I am a Special Agent (SA) with Office of the Inspector General - Social Security Administration (SSA/OIG), assigned to the Baton Rouge Office of the Dallas Field Division, and has been so employed since February of 2019.  I have been employed in Federal Law Enforcement since 2008. As part of my official duties, I have conducted and participated in investigations of crimes that involved financial fraud, and identity theft which included, but were

not limited to: Social Security fraud, money laundering, embezzlement, concealment of material facts, false statements, identity theft, in addition to fraud associated with identification documents, mail fraud, and forgery.  I have received specialized training in the enforcement of these statutes.  I have also testified in judicial proceedings and presented for prosecution violations of the above Titles.  I have received training in investigations and evidence collection, including collection and preservation of electronic evidence, at the Federal Law Enforcement Training Center (FLETC) in Glynco, Georgia.

3. As part of my duties as an SSA/OIG Special Agent, I have gained experience conducting criminal investigations involving these matters, in federal violations, and have participated in the execution of several search warrants in such investigations.

4. The statements contained in this affidavit are based on my experience, training, and background as an SSA/OIG Special Agent, as well as information provided to me by other law enforcement officers involved in this investigation.  Based on the included information, your affiant believes there is probable cause for a search warrant for the premises described in **Attachment A** of this affidavit.

5. Specifically, I have probable cause to believe that presently and/or at the time of this warrant's execution, property which is evidence relating to the theft of government funds, aggravated identity theft, and access device fraud will be found inside the residence described in **Attachment A** to this affidavit. The items I have reason to believe will be found inside the residence constitute evidence of the commission of federal offenses relating to Theft of Government Funds, in violation of Title 18, United States Code, Section 641, to offenses involving Aggravated Identity Theft, in violation of Title 18, United States Code, Section 1028(a), and involving Access Device fraud, in violation of Title 18, United States Code, Section

4106. Such items are evidence, contraband, the fruits of crime and things otherwise criminally possessed, and property designed or intended for use, or which is or has been used, as the means of committing a criminal offense. These items are described in **Attachment B** to this affidavit, which is attached hereto, and incorporated herein.

6. This investigation also concerns alleged violations of Title 42, United States Code, Section 408(a)(7)(B) - certain activities relating to the Misuse of a Social Security Number.

7. Since this affidavit is being submitted for the limited purpose of securing a search warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause that violations of Title 18, United States Code, Sections 641, 1028(a) and 4106 have been committed, and that

   a. property that constitutes evidence of the commission of a criminal offense;
   b. contraband, the fruits of crime, and things otherwise criminally possessed; and
   c. property designed and intended for use, and which has been used as a means of committing a criminal offense;

is located at **2021 East Beauregard Street, Chalmette, LA, 70043**, described in **Attachment A** of this affidavit. The property to be seized pursuant to this warrant is described in **Attachment B** to this affidavit.

## THE INVESTIGATION- FACTUAL BACKGROUND

8. An anonymous source reported to the Social Security Administration (SSA), Office of the Inspector General (OIG), Fraud Hotline that Title II - Disability Insurance Benefit (DIB) program participant Julius Cummins Jr, Social Security number (SSN) xxx-xx-0493, had died in 2013; however, funds were still be issued by the SSA on behalf of Cummins.

3

9.      The SSA confirmed Cummins death had never been reported to the agency and payments were continuing in the monthly amount of $1,299.  Unaware of Cummins' death until March of 2020, the SSA erroneously released an estimated $100,000.00 in U.S. government funds from September 2013 and continuing to a Hancock Whitney Bank account.

10.     A State of Louisiana, Certificate of Death, file no. 2013-032-00862, recorded Julius Smith Cummins Jr died on August 5, 2013, in Chalmette, Louisiana (St. Bernard Parish), at his residence.  Cummins' residential address was listed as 2021 E. Beauregard Street, Chalmette, Louisiana, 70043.  At the time of death, Cummins was identified as being a Truck Driver. The informant of record listed on the death certificate was Jaime KILLIAN. KILLIAN reported her relationship to the deceased as the daughter of Cummins. KILLIAN also reported her home address of 2021 E. Beauregard Street, Chalmette, Louisiana, 70043.

11.     I consulted with Sherry Palmer, Senior Bank Protective Services Coordinator, Hancock Whitney Bank, (225) 667-7069, in regards to any information that could be provided regarding Cummins' bank account of record with the SSA - checking account C715327615, to determine if the erroneously released U.S. government funds were available for recovery.  I provided Palmer with a photocopy of the Certificate of Death associated with Cummins. Palmer subsequently reported that the Hancock Bank account was in the name "Julius S. Cummins Jr," SSN xxx-xx-0493, the deceased was the only individual authorized to access the account, and the erroneously released U.S. government funds were not available for recovery. Palmer advised additional records could be obtained via Grand Jury Subpoena.

12.     On March 27, 2020, AUSA Brian Klebba issued a Grand Jury subpoena for service on Hancock Whitney Bank, c/o CT Corporation, 3867 Plaza Tower Drive, Baton Rouge,

Louisiana 70815, for records associated with account C715327615, for the period August 1, 2013 through March 30, 2020.

13. A SSA - NUMIDENT indexed associated with SSN xxx-xx-0493 confirmed the SSA assigned the identifier to Julius S. Cummins Jr, date of birth 07/22/1944, reportedly born in New Orleans, Louisiana to Josephine T. Papa (mother) and Julius S. Cummins (father).

14. A SSA - Master Beneficiary Record (MBR) index associated with Cummins showed he originally filed Title XVI - Supplemental Security Income Disability (SSID) program claim in October of 2003. SSA approved Cummins claim in 2003 and in July of 2010, SSA converted Cummins to Title II - Disability Insurance Benefit (DIB) program. Cummins received the first payment of DIB in July of 2010.

15. A SSA - NUMIDENT indexed associated with SSN xxx-xx-1955 confirmed the SSA assigned the identifier to Jaime Marie KILLIAN, date of birth 05/21/1980, reportedly born in Houston, Texas to Tammy L. Eschete (mother) and Michael J. Killian (father). A SSA - Detailed Earnings Index (DEQY) associated with Jaime Marie KILLIAN for years 2013 through 2020, showed no reported earnings.

16. A commercial database index identified Julius Smith Cummins Jr, SSN xxx-xx-0493, and associated Cummins with residential address 1924 Suzi Drive, St Bernard, Louisiana 70085. The address listed on the death certificate - 2021 E. Beauregard Street, Chalmette, Louisiana, 70043 – was not associated with Cummins.

17. A commercial database index identified Jaime KILLIAN, SSN xxx-xx-1955, date of birth 05/21/1980 and associated KILLIAN with residential address 2021 E. Beauregard Street, Chalmette, Louisiana, 70043, the address listed on the death certificate. KILLIAN has been associated with this address since June of 2006 to present.

18. A commercial database also showed the current residents at 2021 E. Beauregard Street, Chalmette, Louisiana, 70043, as Jaime Marie KILLIAN, Douglas Anthony Greer Jr and Edward Charles Killian.

19. A commercial database also listed KILLIAN as the owner of the property, 1924 Suzi Drive, St Bernard, Louisiana 70085. This is the address Cummins' last address of record with the SSA.

20. A Louisiana Office of Motor Vehicle (LADMV) index identified Jaime Marie KILLIAN, date of birth 05/21/1980, SSN xxx-xx-1955, 2021 E. Beauregard Street, Chalmette, Louisiana, 70043. KILLIAN was identified by her Louisiana Driver's License ID card 008020626.

21. Louisiana Office of Motor Vehicle (LAOMV) indices confirmed Jaime Marie KILLIAN has several vehicles registered in her name:

- 1941 Chevrolet 2D, VIN AG7374, Color BLUE
- 2002 Jeep, VIN 1J4GK48K62W315451, Color SILVER
- 2004 Chevrolet 4D, VIN 1G1ND52F14M632182, Color SILVER
- 2004 Ford Mustang, VIN 1FAFP40474F110875, Color BLUE
- 2006 Pontiac 2D, VIN 1G2ZH158164189686, Color GREY

22. A National Crime Information Center (NCIC) index identified Jaime Marie KILLIAN, by Federal Bureau of Investigation (FBI) no. KM2407LN1 and State Identification (SID) no. LA0003054836. A review of the associated records showed KILLIAN arrested on 06/25/2018, for Misdemeanor Prohibited Acts/Drug Paraphernalia by the St Bernard Parish Sheriff's Office.

23. On April 27, 2020, Sherry Palmer, Senior Bank Protective Services Coordinator, Hancock Whitney Bank, notified me that the subpoena records were not ready yet, but that she could provide me video and still shots of recent ATM activity. The still shots showed 4 (four) ATM withdrawals from the same location, 3131 Paris Rd, Chalmette, LA 70043:

- 12/18/2019, 6:07pm, Blue Ford F-150 pickup
- 01/06/2020, 3:24pm, Blue Ford F-150 pickup
- 02/08/2020, 3:30pm, Blue Ford Mustang
- 03/03/2020, 5:22pm, Blue Ford F-150 pickup

24. From previous Database checks, I knew that Jamie KILLIAN owned a Blue Ford Mustang that matched one of the vehicles seen in the video associated with an individual withdrawing funds from Cummins account via an ATM. Since the video did not clearly show a license plate number, I attempted to locate KILLIAN's vehicle at her address on record.

25. Continuing on April 27, 2020, Surveillance was conducted at **2021 East Beauregard Street, Chalmette, LA, 70043**, that revealed that the residence was a light sided two story, slightly raised home with a shingle roof and a light colored detached garage/shed behind the main house on the property. I observed several vehicles parked on the side and in front of the residence. Directly parked in front of the residence, on the street, was a blue Ford Mustang, Louisiana License Plate # 901DMU. This vehicle matched one of the vehicles seen on ATM video. As previously noted, a Louisiana Office of Motor Vehicle (LAOMV) index identified Jamie KILLIAN as the registered owner of a 2004 Ford Mustang, VIN 1FAFP40474F110875, Color BLUE. I took a picture of the vehicle in front of the house and the license plate.

26. I also observed a Blue Ford F-150 parked in the driveway of 2021 E. Beauregard Street, Chalmette, Louisiana, 70043, that matches a similar vehicle seen on ATM video, in which the driver withdrew U.S. government funds from Cummins Hancock Whitney Bank account.

27. As I was attempting to take a picture of the vehicle, a woman walked out the back door of the residence. From a previous LAOMV and criminal history indices, I positively identified the woman from her St. Bernard Parish Sheriff's Office booking photo as Jamie KILLAN. I observed KILLIAN enter the blue Ford F-150 and drive out of the driveway towards my position. I was unable to take a picture of the license plate, without disclosing my position. I did happen to notice extensive damage to the front of the truck, (Front bumper missing).

28. I continued the surveillance of the Blue Ford F-150, in an attempt to take a picture of the license plate. I followed the Blue Ford F-150 and observed vehicle parked at the Meraux Food Store, 2004 Paris Rd, Chalmette, LA, 70043. KILLIAN exited the driver's side of the vehicle and entered the store. I took a picture of the vehicle in front of the Meraux Food Store and the license plate. The Louisiana License plate# Y154141 did not match one of KILLIAN's known registered vehicles.

29. A Louisiana Office of Motor Vehicle (LAOMV) index revealed the 2002 Blue Ford F-150, 4D, VIN 1FTRX17W42NC080D4, Louisiana License plate# Y154141, was registered to Douglas A. Greer Jr.

30. From a previous database search, Douglas Anthony Greer Jr. resided at 2021 E. Beauregard Street, Chalmette, Louisiana 70043, along with KILLIAN.

31. On May 4, 2020, I consulted with Sherry Palmer, Senior Bank Protective Services Coordinator, Hancock Whitney Bank, (225) 667-7069, in regards to current bank account activity associated with deceased Julius Cummins Jr.'s account - checking account C715327615.

Palmer provide me with video and still images of recent ATM and debit card purchase activity. Palmer identified debit card number, Visa 4584-5320-0201-5442, as being associated with the account.

32. Palmer informed me that on May 1, 2020, Social Security Treasury funds totaling $1,299 were deposited into Julius Cummins Jr. Hancock Whitney checking account. Immediately following the deposit, there were two (2) withdrawals from the account via check card purchases:

- 5/1/2020, 15:46, $202.50, Ponstein's Food Mart, 3523 Paris Road, Chalmette, LA
- 5/2/2020, 15:44, $139.74, Walmart, 8101 West Judge Perez Drive, Chalmette, LA

33. Continuing on May 5, 2020, I conducted an unscheduled surveillance of KILLIAN's residence, 2021 E. Beauregard Street, Chalmette, Louisiana, 70043, I observed several vehicles parked on the side and in front of the residence. Directly parked in front of the residence, on the street, was a blue Ford Mustang, Louisiana License Plate # 901DMU. This vehicle matched one of the vehicles seen on ATM video.

34. I also observed a Blue Ford F-150 parked in the driveway of 2021 E. Beauregard Street, Chalmette, Louisiana, 70043, that matched a similar vehicle seen on ATM video. I took a picture of the vehicle in the driveway of the house. I did observe extensive damage to the front of the truck, (Front bumper missing).

35. I contacted Jaime Breithaupt, Walmart Store# 909, Asset Protection Assistant Store Manager (APASM), located at 8101 West Judge Perez Drive, Chalmette, LA, (985) 520-2772. APASM Breithaupt assisted me by attempting to find video of the purchase made using

9

Julius Cummins debit card at 15:44, on 5/2/2020, for $139.74. APASM Breithaupt was able to find and provide me with the transaction receipt and located the video of the purchase.

36. On the video, I could clearly see a White/Female matching the description of KILLIAN, checking out on Self-Check-out register #49. KILLIAN could be seen on video, paying her transaction with 3 (three) one hundred dollar bills and paying the remainder of the balance with a debit card. KILLIAN was also shown entering the debit card PIN number. KILLIAN left the store and walked to a Blue Ford F-150 (front bumper missing). The transaction receipt showed the last four digits of the debit card used for the purchase as 5442. This also matched Julius Cummins Jr.'s - checking account C715327615, Visa 4584-5320-0201-5442.

37. I contacted Neil Ponstein, Owner of Ponstein's Food Mart, located at 3523 Paris Road, Chalmette, LA, (504) 267-5509. Ponstein assisted me by attempting to find video of the purchase made using Julius Cummins debit card at 15:46, 5/1/2020, for $202.50. Ponstein was able to locate video of the transaction and relayed that the transaction had occurred on the store's on ATM machine.

38. Video provided by Ponstein showed a white female matching the KILLIAN's description, entering in the debit card PIN number and then receiving funds from the ATM. KILLIAN was then observed making a purchase at the counter of the food store.

39. On May 5, 2020, I received additional bank information from Sherry Palmer regarding activity on the account (including two ATM withdrawals from Hancock Whitney Bank, including video and photos) from May 1, 2020, continuing:

- 5/2/2020, 06:02, $400.00, Paris Rd Hancock Whitney Bank
- 5/4/2020, 17:34, $100.00, Paris Rd Hancock Whitney Bank

40. The still images provided showed two ATM withdrawals from the same location, Hancock Whitney Bank, 3131 Paris Rd, Chalmette, LA 70043:

- 5/02/2020, 06:02, Blue Ford F-150 pickup
- 5/04/2020, 17:34, Blue Ford Mustang, (a white female, appearing to be KILLIAN, exited the vehicle on 5/4/2020 to use the ATM)

41. From previous surveillance and Database checks, I know that Jamie KILLIAN drove a Blue Ford F-150 (front bumper missing), that I had observed parked in the driveway of 2021 E. Beauregard Street, Chalmette, Louisiana, 70043. The Blue Ford F-150, was registered to Douglas A. Greer Jr. From a previous Accurint database search, Douglas Anthony Greer Jr. resided at 2021 E. Beauregard Street, Chalmette, Louisiana 70043, with KILLIAN.

42. From previous surveillance and Database checks, I knew that Jamie KILLIAN owned the Blue Ford Mustang pictured in the video withdrawing funds from Cummins' account via the ATM.

43. In consideration of the foregoing, I respectfully request that this Court issue a warrant authorizing the search of **2021 East Beauregard Street, Chalmette, LA, 70043**, more fully described in **Attachment A** of this affidavit, for the items, materials, and records more specifically identified in **Attachment B** of this affidavit.

44. It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this Application, including the Application, Affidavit, and Search Warrant, and the requisite inventory notice (with the exception of one copy of the warrant and the inventory notice that will be left at the residence located at **2021 East Beauregard Street, Chalmette, LA, 70043**). Sealing is necessary because the items and information to be seized are relevant to an ongoing investigation and premature

11

disclosure of the contents of this affidavit and related documents may have a negative impact on this continuing investigation and may jeopardize its effectiveness.

Further affiant sayeth not.

Respectfully submitted,

 /s/ Stephen A. Marchese, Jr.
Stephen A. Marchese, Jr.
Special Agent
Social Security Administration
Office of the Inspector General


Pursuant to Federal Rules of Criminal Procedure 4.1 and 41(d)(3), the undersigned judicial officer has on this date considered the information communicated by reliable electronic means in considering whether a complaint, warrant, or summons will issue.  In doing so, I have placed the affiant under oath, and the affiant has confirmed that the signatures on the complaint, warrant, or summons and affidavit are those of the affiant, that the document received by me is a correct and complete copy of the document submitted by the affiant, and that the information contained in the complaint, warrant, or summons and affidavit is true and correct to the best of the affiant's knowledge.

Subscribed and sworn to before me on
this 3rd  day of June, 2020
in New Orleans, Louisiana.

_____
HONORABLE KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE

## ATTACHMENT A

## DESCRIPTION OF PREMISES TO BE SEARCHED

**2021 EAST BEAUREGARD STREET, CHALMETTE, LA, 70043, INCLUDING A DETACHED GARAGE/SHED BEHIND THE MAIN HOUSE ON THE PROPERTY** is described as a light sided, two story, slightly raised home with a shingle roof, affixed with black numbers 2021 to the left of the front entrance door and a light colored detached garage/shed behind the main house on the property. The premise to be searched includes all rooms, attics, closed containers, and other places therein, and the surrounding grounds, under the control of the occupants of **2021 East Beauregard Street, Chalmette, LA, 70043**. The premises to be searched also include any vehicles under the control of the occupants of the residence, which may contain any of the items of evidence described in **Attachment B** hereto.





2

## ATTACHMENT B

## ITEMS TO BE SEARCHED FOR AND SEIZED

This affidavit is in support of an application for a warrant to search the premises known as **2021 East Beauregard Street, Chalmette, LA, 70043**, which is more specifically identified in **Attachment A**, hereto, including any property which is evidence relating to the theft of government funds, aggravated identity theft, and access device fraud or other devices located therein that can be used to store information and/or connect to the Internet, for records and materials evidencing a violation of Title 18, United States Code, Section 641; Title 18, United States Code, Section 1028(a); and Title 18, United States Code, Section 4106, as more specifically identified below:

1. Items include but are not limited to, payroll documents, financial documents such as tax returns, bank records, safety deposit box records, cancelled checks, and other records of income and expenditure, debit cards, check cards, credit cards, receipts, record books, diaries, correspondence, notes pertaining to income related actives.

2. Documents, records, books, receipts, bills, etc., which are evidence and fruits of certain aggravated identity theft and access device fraud statutes.

3. Social Security Administration documents.

4. Any and all records and materials, in any format and media (including, but not limited to, Books, records, receipts, bank statements, envelopes, letters, papers, e-mail, chat logs and electronic messages, etc.), evidencing the obtaining, secreting, transfer and or concealment of assets and the secreting, transfer, concealment and or expenditure of money.

5. Currency and other valuables.

6. Representative handwriting samples.

7. All Bank statements, deposit slips, withdrawal slips, and cancelled checks for any and all bank accounts, including all funds on deposits such as certificates of deposit and money market accounts., etc., which would tend to show a fraudulent intent or any elements of the crime of false pretense or embezzlement.

2

8. Vehicle Records.

9. Any address/telephone books reflecting names, addresses, and telephone numbers of persons named but not limited to said persons.

10. Evidence of any online banking account, e-mail, and user login and passwords for such service.

11. Records evidencing occupancy or ownership of the premises described above, including, but not limited to, utility and telephone bills, mail envelopes, or addressed correspondence.

12. Personal identifications.

13. Any and all items capable of storing digital files and images, including, but not limited to, CDs, DVDs, thumb drives, cellular telephones, iPads, iPodTouch, flash drives, mobile electronic devices, and multimedia cards.

14. Any and all documentation to show who lives at the residence.